IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

vs.                                              No. CV 16-00623 LH/KBM
                                               No. CR 12-01400 LH

EMILIANO VALLEJOS,

        Defendant/Movant.

ORDER LIFTING STAY AND DIRECTING THE PARTIES TO CONFER
AND FILE A JOINT STATEMENT IN LIGHT OF *BECKLES*

**THIS MATTER** is before the Court *sua sponte* under Rule 4 of the Rules Governing Section 2255 Proceedings in light of the U.S. Supreme Court's ruling in *Beckles v. United States,* 580 U.S. ___, No. 15-8544, slip op (March 6, 2017).  Movant, Emiliano Vallejos, has filed a motion pursuant to 28 U.S.C. § 2255 claiming that he improperly received an enhanced sentence as a career offender under the United States Sentencing Guidelines because the residual clause of USSG § 4B1.2 is unconstitutionally vague under the reasoning in *Johnson v. United States,* 576 U.S. ___, 135 S.Ct. 2551 (2015).  (CV Doc 1; CR Doc. 51).  Respondent United States of America requested a stay of proceedings, raising the *Beckles* issue, which was granted by the Court.  (CV Doc. 5, 8; CR Doc. 53, 56).  In *Beckles*, the Supreme Court held that the United States Sentencing Guidelines are not subject to a void-for-vagueness challenge.  580 U.S. ___, No. 15-8544, slip op at 5.

      The Court will lift the stay and direct the parties to confer on the question of whether the Supreme Court's ruling in *Beckles* is dispositive of all issues raised in this § 2255 proceeding and

1

to file a joint statement advising the Court of the results of their conference. If either party contends that *Beckles* does not dispose of all issues, the statement shall identify the issue or issues that remain for determination by the Court after *Beckles* and the party raising the remaining issue or issues. The parties shall confer and file the joint statement within fourteen days of entry of this Order. If neither party claims that any issues remain for adjudication following *Beckles,* the Court will enter an Order dismissing this § 2255 proceeding. If the parties contend that issues still remain for determination, the Court will enter an order setting a schedule for supplemental briefing.

IT IS ORDERED that the stay is lifted and the Parties shall confer on the question of whether the Supreme Court's ruling in *Beckles* is dispositive of all issues raised in this § 2255 proceeding and file a joint statement advising the Court of the results of their conference within fourteen (14) days of entry of this Order.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE